NUMBER 13-99-439-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


IN THE INTEREST OF MISTY DAWN KEY, A CHILD


___________________________________________________________________


On appeal from the 214th District Court


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion by Chief Justice Seerden



 The Office of the Attorney General filed a motion to reduce
appellant Rickey Allen Key's unpaid child support to judgment. The trial
court rendered judgment against Key for $70,450.50 in child support
arrears and interest thereon. Keys now appeals this judgment by two
issues.

 The parties to this appeal have argued that the amount of the
judgment was in error, and that the correct amount of the judgment
should be $69,550.50. We agree, and modify the trial court's
judgment to reflect that Donna Sue Key is granted judgment for child
support arrearage, including accrued interest, against Rickey Allen Key
in the amount of $69,550.50, and affirm the judgment as modified. See
Tex. R. App. P. 43.2(b). 



 

 ROBERT J. SEERDEN, Chief
Justice


Do not publish
.

Tex. R. App. P. 47.3.


Opinion delivered and filed

this 5th day of October, 2000.